CHICAGO—FIRST DISTRICT—DECEMBER, 1916.    343

Village of La Grange v. Indiana Harbor B. R. Co., 202 Ill. App. 343.

Village of La Grange, Illinois, Appellee, v. Indiana Harbor Belt Railroad Company, Appellant.

· ˙ Gen. No. 22,009.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed December 30, 1916.

### Statement of the Case.

Action before a police magistrate by the Village of La Grange, Illinois, plaintiff, against Indiana Harbor Belt Railroad Company, defendant, to recover for the violation of a city ordinance. From an order of the Circuit Court of Cook county dismissing for want of jurisdiction an appeal thereto from the judgment of such magistrate, defendant appeals.

GLENNON, CARY, WALKER & HOWE, for appellant.

FREDERICK L. GOFF, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1295*—*when presumed that Circuit Court did not err in dismissing appeal from police magistrate.* On appeal from an order of the Circuit Court dismissing for want of jurisdiction an appeal thereto from the judgment of a police magistrate, in an action by a village against a railroad company to recover for the violation of an ordinance of the village, it must be presumed, where there is nothing in the record to indicate that such case was a *quasi* criminal case so as to deprive the Circuit Court of jurisdiction, that such court did not err in dismissing the appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.